# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBIN AYLMER,

      Plaintiff,

-vs-                                     Case No. 6:05-cv-610-Orl-18DAB

STEGARCIA US, INC.,
d/b/a Black Hammock,
RUVELL OLIVER,

      Defendants.

_____

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **FIRST MOTION FOR DEFAULT JUDGMENT AGAINST STEGARCIA US, INC. (Doc. No. 15)** |
| **FILED:** | August 1, 2005 |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED.** | |

| | |
|---|---|
| **MOTION:** | **FIRST MOTION FOR DEFAULT JUDGMENT AGAINST RUVELL OLIVER (Doc. No. 16)** |
| **FILED:** | August 1, 2005 |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED.** | |

    Plaintiff brought this suit for unpaid wages and overtime compensation under the Fair Labor Standards Act ("FLSA") and Chapter 448, Fla. Stat. Following service of process, neither Defendant

[handwritten annotation in left margin, signed:]
KENDALL SHARP
U.S. DISTRICT JUDGE